IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOWELL C. BULLARD, | § | |
| Plaintiff, | § | |
| v. | § | |
| BABCOCK & WILCOX TECHNICAL SERVICES PANTEX, LLC., | § § § | 2:08-CV-11-J |
| Defendant. | § | |
| STEVE REYNOLDS, | § | |
| Counterclaimant, | § | |
| v. | § | |
| JOWELL C. BULLARD, | § | |
| Counterdefendant. | § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

_____
FOREPERSON

Feb. 17, 2009
_____
DATE

1

## Question No. 1

Do you find from a preponderance of the evidence that the Plaintiff was discharged because Plaintiff filed a claim under the Fair Labor Standards Act?

Answer Yes or No: __NO__

If you answered "Yes" to Question 1, then answer Question 2 and 3. If you answered "No" to Question 1, then skip to Question 4.

## Question No. 2

What sum of money, if any, if paid now in cash, should be assessed against Defendant Babcock & Wilcox Technical Services Pantex, LLC and awarded to Plaintiff, Jowell C. Bullard for his damages, if any, that resulted from his wrongful discharge?

Lost earnings and employment benefits in the past

  ANSWER: $_____

Mental and emotional distress

  ANSWER: $_____

## **Question No. 3**

Do you find that Defendant Babcock & Wilcox Technical Services Pantex, LLC willfully retaliated against Plaintiff, Jowell C. Bullard, as has been defined in the jury charge?

Answer Yes or No: _____

## **Question No. 4**

Regarding the letter published by Jowell C. Bullard on or about August 29, 2007 (Exhibit 1)

a. Do you find from a preponderance of the evidence that the letter was defamatory, as defined in the jury charge, to Steve Reynolds?

   Answer Yes or No: __NO__

b. Do you find from clear and convincing evidence that Jowell C. Bullard wrote the letter with actual malice?

   Answer Yes or No: __NO__

c. Do you find from a preponderance of the evidence that the statements made by Jowell C. Bullard in the letter were substantially true as defined in the jury charge?

   Answer Yes or No: __YES__

## Question No. 5

Regarding the letter published by Jowell C. Bullard on or about September 1, 2007 (Exhibit 2):

a. Do you find from a preponderance of the evidence that the letter was defamatory, as defined in the jury charge, to Steve Reynolds?

   Answer Yes or No: __YES__

b. Do you find from clear and convincing evidence that Jowell C. Bullard wrote the letter with actual malice?

   Answer Yes or No: __YES__

c. Do you find from a preponderance of the evidence that the statements made by Jowell C. Bullard in the letter were substantially true as defined in the jury charge?

   Answer Yes or No: __NO__

## Question No. 6

Regarding the letter published by Jowell C. Bullard on or about October 26, 2007 (Exhibit 3):

a. Do you find from a preponderance of the evidence that the letter was defamatory, as defined in the jury charge, to Steve Reynolds?

   Answer Yes or No: __YES__

b. Do you find from clear and convincing evidence that Jowell C. Bullard wrote the letter with actual malice?

   Answer Yes or No: __NO__

c. Do you find from a preponderance of the evidence that the statements made by Jowell C. Bullard in the letter were substantially true as defined in the jury charge?

   Answer Yes or No: __YES__

## Question No. 7

What sum of money, if paid now in cash, would reasonably and fairly compensate Steve Reynolds for his damages resulting from the publication of the letters in question which you found to be defamatory and not true?

Consider damage to his livelihood, injury to his reputation, injury to his feelings, mental anguish, and emotional distress suffered in the past and in reasonable probability will be suffered in the future.

ANSWER: $ 1.00

If you answered "Yes" to Question No. 4(b), Question No. 5(b), and/or Question No. 6(b), then answer Question No. 8. Otherwise, do not answer Question No. 8.

### Question No.8

What sum of money, if any, if paid now in cash, should be assessed against Jowell Bullard and awarded to Steve Reynolds as exemplary damages, if any, for the letters which were defamatory, not true, and written with actual malice.

ANSWER: $ _10,000_